United States District Court
for the
Southern District of Illinois

Mitchell )
vs ) Case No: 16-1189-MJR
Dennison et al )

FILED
NOV 15 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## Motion to Withdraw

1) I, Dannel M. Mitchell (pro se), humbly ask this Court to dismiss case captioned above because of my decision to withdraw.

2) Plaintiff, Ask this court to dismiss this case without prejudice.

3) The relief I seek in this motion is to have case captioned above dismissed without prejudice. And, for court to not show prejudice against me by haveing to pay defendant's litigation fees. I am indigent.

/s/ D♥ M. Mitchell
Dannel M. Mitchell

Dated: 11.10.16

United States District Court
for the
Southern District of Illinois

Mitchell )
)
) Case No: 16-1189-MJR
-vs- )
)
Dennison et al )
)
)

## Proof/Certificate of Service

Please take notice on, November 10th, 2016 I have placed the documents listed below in the Postal Service of S.C.C : ~~[crossed out]~~

O.M ~~[crossed out]~~
~~[crossed out]~~
~~[crossed out]~~
~~[crossed out]~~

To: 1) Clerk of Court

1) Motion to withdraw

Pursuant to 28 U.S.C 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am named in the above action, that I have read the above documents, and that the information contained therein is true, and correct to the best of my knowledge.

/s/ D-l M. Mitchell
Dannel M. Mitchell

Dated: 11.10.16

Dannel M. Mitchell #R07374
Shawnee Correctional Center
6665 State Route 146 East
Vienna, Ill 62995



MAIL CLEARED
US MARSHALS

United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, Ill 62202

"Legal Mail"