IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANNEL MAURICE MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 16-cv-1189-MJR |
| | ) | |
| DENNISON, | ) | |
| HUTCHISON, | ) | |
| PENDER, | ) | |
| C/O DURHAM, | ) | |
| LT. DURHAM, | ) | |
| C. ETIENNE, | ) | |
| S. ENGLER, | ) | |
| S. HILEMAN, | ) | |
| B. ALLARD, and | ) | |
| JOHN BALDWIN | ) | |
| | ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

**REAGAN, Chief District Judge:**

Plaintiff originally filed suit on October 27, 2016, alleging various constitutional violations arising out of his time at Shawnee Correctional Center. (Doc. 1). The Court has not yet conducted a § 1915A review on this case and no defendant has been served at this time. On November 15, 2016, Plaintiff filed the present motion seeking voluntary dismissal. (Doc. 5).

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure permits a plaintiff to withdraw an action as a matter of right prior to service on Defendants. Voluntary withdrawal of his claim is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Court will not assess a strike. Plaintiff is **INSTRUCTED** that, though he has dismissed his claim, he must still pay the filing fee for this case. *See* 28 U.S.C. § 1915(b)(1), (e)(2); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998) (A prisoner incurs the obligation to pay the filing fee for a lawsuit when the suit is filed, and the obligation continues regardless of later developments in the suit, such as dismissal of the suit or denial of leave to proceed IFP.).

**IT IS SO ORDERED**.

DATED: November 16, 2016

                                             <u>s/ MICHAEL J. REAGAN</u>
                                             **MICHAEL J. REAGAN**
                                             **UNITED STATES CHIEF DISTRICT JUDGE**